BLANK ROME LLP
David A. Dorey, Esq.
(DE I.D. No. 5283)
Admitted Pro Hac Vice
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone:	302-425-6418
Facsimile:	302-428-5102
Email:  dorey@blankrome.com

Attorneys for Plaintiff, Segan LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEGAN LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ZYNGA, INC.<br><br>　　　　　　Defendant. | Case No. 3:14-cv-01315-VC<br><br>**STIPULATION AND ORDER TO MOVE SETTLEMENT CONFERENCE DATE** |

　　　　By Settlement Conference Order dated June 18, 2014 (Docket Item #70), United States Magistrate Judge Kandis A. Westmore scheduled a settlement conference in this matter for September 12, 2014, at 10:00 a.m., at the US. District Court, 1301 Clay Street, Oakland, California 94612 (**"6/18/2014 Order"**).  Based on a scheduling conflict with one party's counsel, a request has been made to reschedule the settlement conference for Friday, October 10, 2014.  It now appearing that Judge Chhabria has consented to an adjournment of the September 12, 2014 conference until a later time, no later than October 31, 2014, the matter may now be rescheduled by agreement of the parties, subject to the consent of the Court.

　　　　NOW THEREFORE, it is hereby agreed and stipulated between Plaintiff Segan LLC ("Plaintiff") and Defendant, Zynga, Inc. ("Defendant"), subject to approval by the Court, as follows:

　　　　1.　　The date of the settlement conference will be changed from Friday, September 12, 2014 at 10:00 a.m. to Friday, October 10, 2014 at 11:00 am;

2. The parties shall comply in all other ways with the 6/18/2014 Order; and

3. The parties shall also comply with Judge Westmore's Settlement Conference Standing Order, available online at http://cand.uscourts.gov/kaworders.

Dated: July 24, 2014

Respectfully submitted,

BLANK ROME LLP

*/s/ David A. Dorey*
David A. Dorey, Esq.
(DE I.D. No. 5283)
1201 Market St.
Wilmington, DE. 19801
(Ph) 302-425-6418
(Fax) 302-428-5102
E-mail: dorey@blankrome.com

Victor M. Wigman, Esq.
Charles R. Wolfe, Jr., Esq.
Brian Wm. Higgins, Esq.
Nicholas M. Nyemah, Esq.
Watergate
600 New Hampshire Ave., NW
Washington, DC 20037
(Ph)   (202) 772-5800
(Fax) (202) 772-5858
E-mail: Wigman@blankrome.com
E-mail: Wolfe@blankrome.com
E-mail: Higgins@blankrome.com
E-mail: Nyemah@blankrome.com
*Attorneys for Plaintiff Segan LLC*

DURIE TANGRI LLP


   */s/  Sonali D. Maitra*
DURIE TANGRI LLP
Sonali D. Maitra (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

2
**STIPULATION TO CHANGE SETTLEMENT CONFERENCE DATE / Case No. 3:14-cv-01315-VC**

DURIE TANGRI LLP
Sarah E. Stahnke (SBN 264838)
sstahnke@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

*Attorneys for Defendant*
*ZYNGA, INC.*

IT IS SO ORDERED.

Date: July 30, 2014

BY THE COURT:

IT IS SO ORDERED

*signature*

Judge Vince Chhabria

*United States District Court, Northern District of California seal*

3

**STIPULATION TO CHANGE SETTLEMENT CONFERENCE DATE / Case No. 3:14-cv-01315-VC**

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on July 24, 2014 with a copy of this document via the Court's CM/ECF system.

                                            */s/ David A. Dorey*
                                            DAVID A. DOREY, ESQUIRE