1  BLANK ROME LLP
   Victor M. Wigman, Esq.
2  Charles R. Wolfe, Jr. Esq.
   Brian Wm. Higgins, Esq.
3  Nicholas M. Nyemah, Esq. (SBN 274550)
   600 New Hampshire Avenue, N.W.
4  Washington, DC  20037
   Phone:  202-772-5800
5
   BLANK ROME LLP
6  David A. Dorey, Esq.
   1201 Market Street, Suite 800
7  Wilmington, DE 19801
   Phone: 302-425-6400
8  Fax: 302-425-6464

9  Attorneys for PLAINTIFF,
   SEGAN LLC
10
   DURIE TANGRI LLP
11 Sarah E. Stahnke (SBN 264838)
   Sonali D. Maitra (SBN 254896)
12 217 Leidesdorff Street
   San Francisco, CA 94111
13 Telephone: 415-362-6666
   Facsimile: 415-236-6300
14
15 Attorneys for DEFENDANT
   ZYNGA, INC.
16

17            IN THE UNITED STATES DISTRICT COURT

18         FOR THE NORTHERN DISTRICT OF CALIFORNIA

19              SAN FRANCISCO DIVISION

20

| 21 | SEGAN LLC, | Case No. 3:14-cv-01315-VC |
|---|---|---|
| 22 | Plaintiff, | |
| | v. | **STIPULATED REQUEST TO** |
| 23 | ZYNGA INC. | **MODIFY SCHEDULING ORDER** |
| 24 | Defendant. | |
| 25 | | Ctrm:  4, 17th Floor |
| | | Judge: Honorable Vince Chhabria |

26

27

28

1    In working together to advance this case, Plaintiff Segan LLC ("Segan") and

2 Defendant Zynga, Inc. ("Zynga") by and through their respective counsel, stipulate, agree,

3 and jointly request this Court to extend certain dates related to claim construction as set

4 forth in its Scheduling Order (ECF No. 72 (citing ECF No. 71-1)) as follows:

5    1. An extension for the exchange of preliminary claim constructions, per Patent

6       L.R. 4-2(a) & (b), from September 26, 2014 to October 14, 2014;

7    2. An extension for the meet and confer regarding claim construction, per Patent

8       L.R. 4-2(c), from October 3, 2014 to October 21, 2014; and

9    3. An extension for the completion of the joint claim construction and prehearing

10      statement, per Patent L.R. 4-3, from October 23, 2014 to November 10, 2014.

11   No other extensions are sought with this motion.

12   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

13

14 DATED:  September 26, 2014      /s/  Nicholas Nyemah
                                  Nicholas Nyemah
15                                *Attorney for Plaintiff Segan LLC*

16

17 DATED:  September 26, 2014      /s/  Sonali Maitra
                                  Sonali Maitra
18                                *Attorney for Defendant Zynga, Inc.*

19

20

21 PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23 DATED:  September 29, 2014      _____
                                  Hon. Vince Chhabria
24                                United States District Court Judge

25

26

27

28

**CERTIFICATE OF SERVICE**

1

2

3          I certify that all counsel of record is being served on September 26, 2014 with a

4   copy of this document via the Court's CM/ECF system.

5

6                                          */s/ Nicholas Nyemah*
                                          Nicholas Nyemah

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO MODIFY SCHEDULING ORDER
CASE NO. 3:14-CV-01315-VC

136789.00101/36404651v.1