1  BLANK ROME LLP
   Naki Margolis, ESQ. (SBN 94120)
2  NMargolis@BlankRome.com
   601 Montgomery Street, Suite 2030
3  San Francisco, CA  94111
   Phone:      415.986.2144
4  Facsimile:  415.986.4461

5
   BLANK ROME LLP
6  Victor M. Wigman, Esq.
   Charles R. Wolfe, Jr. Esq.
7  Brian Wm. Higgins, Esq.
   Nicholas M. Nyemah, Esq. (SBN 274550)
8  600 New Hampshire Avenue, N.W.
   Washington, DC  20037
9  Phone: 202.772.5800

10
   BLANK ROME LLP
11 David A. Dorey, Esq.
   1201 Market Street, Suite 800
12 Wilmington, DE 19801
   Phone: 302.425.6400
13 Fax:    302.425.6464

14
   Attorneys for Plaintiff,
15 SEGAN LLC

16
                IN THE UNITED STATES DISTRICT COURT
17
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
18
                    SAN FRANCISCO DIVISION
19

20
   SEGAN LLC,                          Case No. 3:14-cv-01315-VC
21
                       Plaintiff,      STIPULATION AND ~~PROPOSED~~
22                                     ORDER TO FILE UNDER SEAL
        v.                             DOCUMENTS IN SUPPORT OF SEGAN
23                                     LLC'S OPPOSITION TO ZYNGA
   ZYNGA INC.,                         INC.'S MOTION FOR BOND
24
                       Defendant.      Date:     November 20, 2014
25                                     Time:     10:00 a.m.
                                       Place:    4, 17th Floor
26                                     Judge:    Honorable Vince Chhabria

27

28

   STIPULATION AND PROPOSED ORDER TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF SEGAN
        LLC'S OPPOSITION TO ZYNGA INC.'S MOTION FOR BOND

1    Pursuant to L.R. 79.5, Plaintiff Segan LLC ("Segan") and Defendant Zynga, Inc. ("Zynga")

2    hereby stipulate and respectfully move the Court to enter an Order sealing the following exhibit filed

3    in support of Segan's Response in Opposition to Zynga's Motion for Bond, filed concurrently

4    herewith.

5
6       •   Exhibit D to the Declaration of David A. Dorey, Esq. ("Dorey Declaration").

7       •   A quotation of language in Exhibit D of the Dorey Declaration on page 5 of Segan's

8           Response in Opposition to Zynga's Motion for Bond.

9           The Stipulation is made for the following reasons:

10   This Exhibit was marked "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by

11   Zynga pursuant to a Stipulated protective Order entered into by the parties and approved by the

12   Court on September 4, 2014.

13
14   Exhibit D to the Dorey Declaration contains information that Zynga has identified as

15   confidential and proprietary business information of Zynga regarding game development and source

16   code processes.  Pursuant to the protective Order, Zynga contends that that disclosure of this

17   information would harm it by providing competitors with otherwise unavailable information.

18   This application is narrowly tailored to seal only confidential information rather than

19   information that has already been publicly disclosed.

20
21   In accordance with L.R. 79-5, Segan is filing a redacted copy of its Response in Opposition

22   to Zynga's Motion for Bond and is filing the entire Exhibit D of the Dorey Declaration under seal.

23   This Stipulation is accompanied by the Declaration of David A. Dorey, Esq.

24   WHEREFORE, Segan and Zynga respectfully request that the Court enter an Order granting

25   the relief requested above.  A proposed Order is attached.

26
27
28

1

**STIPULATION AND PROPOSED ORDER TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF SEGAN LLC'S OPPOSITION TO ZYNGA INC.'S MOTION FOR BOND**

1

2

SO STIPULATED:

3

DATED: October 30, 2014

4

5

6

BLANK ROME LLP
By: /s/ David A. Dorey
DAVID A. DOREY
Attorney for Plaintiff
Segan LLC

7

8

9

DATED: October 30, 2014

10

11

DURIE TANGRI LLP
By: /s/ Durie Tangri
DURIE TANGRI
Attorney for Defendant
Zynga, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

136789.00101/12455079v.1

2

**STIPULATION AND PROPOSED ORDER TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF SEGAN LLC'S OPPOSITION TO ZYNGA INC.'S MOTION FOR BOND**

1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

3

4     **IT IS SO ORDERED**:

5     Segan LLC may file under seal the following documents:

6        • Exhibit "D" to the Declaration of David A. Dorey, Esq. attached to Segan LLC's Response in

7           Opposition to Zynga, Inc.'s Motion for Bond.

8        • An un-redacted version of Segan LLC's Response in Opposition to Zynga, Inc.'s Motion for

9           Bond, containing a quotation from Exhibit "D" to the Declaration of David A. Dorey, Esq.,

10          attached thereto.

11

12    Dated: November 7, 2014     _____

13                                HONORABLE VINCE CHHABRIA
                                  UNITED STATES DISTRICT COURT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

136789.00101/12455079v.1

**PROPOSED ORDER**