DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
SARAH E. STAHNKE (SBN 264838)
sstahnke@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for Defendant
ZYNGA INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEGAN LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>ZYNGA INC.<br><br>          Defendant. | Case No. 3:14-cv-01315-VC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT ZYNGA INC.'S NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET ITEM NOS. 94-5 AND 99-11<br><br>Ctrm:   4, 17th Floor<br>Judge:  Honorable Vince Chhabria |

Defendant Zynga Inc. ("Zynga") has moved this Court to remove incorrectly filed documents, Docket Nos 94-5 and 99-11 which contain confidential information concerning Zynga's percentage of revenues derived from the Accused Games at issue in this case.

Having considered the papers submitted, and finding good cause therefor,

The Court hereby GRANTS Zynga's Motion to Remove Incorrectly Filed Documents, Docket Nos 94-5 and 99-11 and orders that they be removed from the publicly available docket.

**IT IS SO ORDERED.**

Dated: November 14, 2014

_____
HONORABLE VINCE CHHABRIA
United States District Judge