UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEGAN LLC,

    Plaintiff,

    v.

ZYNGA INC,

    Defendant.

Case No. 14-cv-01315-VC

**ORDER DENYING MOTION FOR BOND AND MOTION FOR ATTORNEY FEES**

Re: Dkt. No. 85, 86, and 97

In light of the parties' final proposed claim constructions, Zynga's motion for bond is denied without prejudice to refiling once Zynga has had the opportunity to analyze Segan's new proposed constructions.

Segan's motion for attorney fees is denied.

**IT IS SO ORDERED**.

Dated: December 4, 2014

VINCE CHHABRIA
United States District Judge