BLANK ROME LLP
Naki Margolis, Esq. (SBN 94120)
Nmargolis@Blankrome.com
601 Montgomery Street, Suite 2030
San Francisco, CA  94111
Phone:  415.986.2144
Facsimile:  415.986.4461

Victor M. Wigman, Esq.
Charles R. Wolfe, Jr. Esq.
Brian Wm. Higgins, Esq.
Nicholas M. Nyemah, Esq. (SBN 274550)
600 New Hampshire Avenue, N.W.
Washington, DC  20037
Phone:  202-772-5800

David A. Dorey, Esq.
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: 302-425-6400
Fax: 302-425-6464

Attorneys for PLAINTIFF,
SEGAN LLC

DURIE TANGRI LLP
Sonali D. Maitra (SBN 254896)
Sarah E. Stahnke (SBN 264838)
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for DEFENDANT
ZYNGA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEGAN LLC,<br><br>          Paintiff,<br><br>     v.<br><br>ZYNGA INC.<br><br>          Defendant. | Case No. 3:14-cv-01315-VC<br><br>**STIPULATION AND ORDER TO EXTEND SETTLEMENT CONFERENCE ORDER**<br><br>Judge: Honorable Kandis A. Westmore |

By Settlement Conference Order dated October 10, 2014 ("Settlement Conference Order") (Dkt. No. 82), United States Magistrate Judge Kandis A. Westmore scheduled a second, follow-up settlement conference in this matter (after holding an initial conference on October 10, 2014) for December 19, 2014, at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiff Segan LLC ("Segan") and Defendant Zynga, Inc. ("Zynga") by and through their respective counsel, do hereby stipulate and jointly ask the Court to extend the Settlement Conference Order as follows:

| **Event** | **Scheduled Date** | **Proposed Extension** |
|---|---|---|
| Settlement Conference | December 19, 2014 | The parties will jointly contact Judge Westmore's Chambers no later than 60 days after the close of fact discovery to identify a future date to reschedule the settlement conference |

    1.    The requested time modification will not affect any other case deadline already fixed by the Court.

    2.    This is the parties' first request to amend the October 10, 2014 Settlement Conference Order.

    3.    This extension is sought because the parties are in the process of addressing a number of discovery issues and there remains significant disagreement on material elements of the case.

    4.    Accordingly, the parties believe that a settlement conference would not be productive at this time. The parties agree, subject to Court approval, to postpone the

December 19 settlement conference and jointly contact Judge Westmore's Chambers no later than 60 days after the close of fact discovery to identify a future date to reschedule the December 19, 2014, settlement conference.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  December 10, 2014         */s/  David Dorey*
                                  David Dorey

                                  *Attorney for Plaintiff Segan LLC*

DATED:  December 10, 2014         */s/ Sonali Maitra*
                                  Sonali Maitra

                                  *Attorney for Defendant Zynga, Inc.*

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, David Dorey, attest that concurrence in the filing of this document has been obtained.

DATED:  December 10, 2014         */s/  David Dorey*
                                  David Dorey

                                  *Attorney for Plaintiff Segan LLC*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  December 11, 2014         _____
                                  Honorable Kandis A. Westmore
                                  United States Magistrate Judge