BLANK ROME LLP
Naki Margolis, Esq. (SBN 94120)
601 Montgomery Street, Suite 2030
San Francisco, CA 94111
Phone:  415-986-2144

Victor M. Wigman, Esq.
Charles R. Wolfe, Jr. Esq.
Brian Wm. Higgins, Esq.
Nicholas M. Nyemah, Esq. (SBN 274550)
600 New Hampshire Avenue, N.W.
Washington, DC  20037
Phone:  202-772-5800

David A. Dorey, Esq.
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone:  302-425-6400

Attorneys for PLAINTIFF,
SEGAN LLC

DURIE TANGRI LLP
Sonali D. Maitra, Esq. (SBN 254896)
Sarah E. Stahnke, Esq. (SBN 264838)
217 Leidesdorff Street
San Francisco, CA 94111
Phone: 415-362-6666

Attorneys for DEFENDANT
ZYNGA, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SEGAN LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>ZYNGA INC.<br><br>                    Defendant. | Case No. 3:14-cv-01315-VC<br><br>**JOINT STIPULATION FOR CLAIM CONSTRUCTION AND SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Ctrm:  4, 17th Floor<br><br>Judge:  Hon. Vince Chhabria |

1
JOINT STIPULATION FOR CLAIM CONSTRUCTION AND SUMMARY JUDGMENT
BRIEFING SCHEDULE
CASE NO. 3:14-CV-01315-VC

136789.00101/36425496v.1

Pursuant to this Court's Scheduling Order (ECF No. 72), including paragraph 6 of that Order affording parties equal opportunities to depose expert declarants, and pursuant to paragraph 29 of this Court's December 19, 2014 Standing Order, the parties provide the following stipulation:

1. Zynga will file its opening summary judgment and claim construction brief, not exceeding 40 pages, by January 23, 2015.

2. Segan will file its opposition/answering brief, not exceeding 40 pages, by 9:00am PT on February 20, 2015.

3. Segan will make any expert providing a declaration in its opposition/answering brief available for deposition no later than February 27, 2015.

4. Zynga will file its reply brief, not exceeding 20 pages, by March 11, 2015.

5. In the event that Zynga submits an expert declaration in support of its reply brief, Zynga will make its expert available for deposition no later than March 18, 2015.  Segan may file a subsequent brief by March 25, 2015 of no more than 5 pages (in addition to any transcript excerpts for the record), limited to addressing the deposition of Zynga's expert and its impact on the parties' arguments.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED: January 7, 2014          */s/ David A. Dorey*
                                David A. Dorey
                                *Attorney for Plaintiff Segan LLC*


DATED: January 7, 2014          */s/ Sonali D. Maitra*
                                Sonali D. Maitra
                                *Attorney for Defendant Zynga, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 8, 2015          _____
                                Hon. Vince Chhabria
                                United States District Court Judge

---

3
JOINT STIPULATION FOR CLAIM CONSTRUCTION AND SUMMARY JUDGMENT
BRIEFING SCHEDULE
CASE NO. 3:14-CV-01315-VC

136789.00101/36425496v.1