UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEGAN LLC,

        Plaintiff,

    v.

ZYNGA INC,

        Defendant.

Case No.   14-cv-01315-VC

**ORDER REGARDING MOTIONS TO SEAL**

Re: Dkt. Nos. 116, 121, 126, 132, and 140

    Zynga's administrative motion to seal in connection with its opposition to Segan's motion to amend (Dkt. No. 121), and Segan's administrative motion to seal its amended infringement contentions (Dkt. No. 132) are granted. The parties established good cause for sealing the material and abided by the local rules.

    Segan's administrative motion to seal in connection with its motion to amend (Dkt. No. 116) is denied because of failure to comply with Local Rule 79-5(e). Segan's corrected administrative motion to seal in connection with its reply brief to the motion to amend (Dkt. No. 140) is denied because of failure to comply with Local Rule 79-5(e) and because the motion is not narrowly tailored to seal only the sealable material. The parties have seven days from the date of this Order to refile these motions in accordance with the local rules. Otherwise, the material will be made public.

    Segan's initial administrative motion to seal in connection with its reply brief (Dkt. No. 126) is terminated as moot because it is superseded by Docket No. 140.

    **IT IS SO ORDERED**.

Dated: February 5, 2015

_____

VINCE CHHABRIA
United States District Judge