BLANK ROME LLP
Naki Margolis, Esq. (SBN 94120)
Nmargolis@Blankrome.com
601 Montgomery Street, Suite 2030
San Francisco, CA  94111
Phone:  415.986.2144
Facsimile:  415.986.4461

Victor M. Wigman, Esq.
Charles R. Wolfe, Jr. Esq.
Brian Wm. Higgins, Esq.
Nicholas M. Nyemah, Esq. (SBN 274550)
600 New Hampshire Avenue, N.W.
Washington, DC  20037
Phone:  202.772.5800

David A. Dorey, Esq.
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: 302.425.6400

Attorneys for PLAINTIFF,
SEGAN LLC

DURIE TANGRI LLP
Sonali D. Maitra (SBN 254896)
Sarah E. Stahnke (SBN 264838)
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415.362.6666
Facsimile: 415.236.6300

Attorneys for DEFENDANT
ZYNGA, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SEGAN LLC,<br>          Paintiff,<br>     v.<br>ZYNGA, INC.<br>          Defendant. | Case No. 3:14-cv-01315-VC<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER FOR SCHEDULING OF**<br>**SETTLEMENT CONFERENCE**<br><br>Judge: Honorable Kandis A. Westmore |

**STIPULATION AND [PROPOSED] ORDER FOR SCHEDULING OF SETTLEMENT CONFERENCE**

1

136789.00101/36432891v.1

By Settlement Conference Order dated October 10, 2014, United States Magistrate Judge Kandis A. Westmore scheduled a second, follow-up settlement conference in this matter (after holding an initial conference on October 10, 2014) for December 19, 2014. (Dkt. No. 82).  On December 11, 2014, this Court granted the parties' stipulated request to postpone the December 19 settlement conference, and ordered the parties to contact Judge Westmore's Chambers no later than 60 days after the close of fact discovery (i.e., by February 16, 2015) to identify a future date to reschedule the settlement conference.  (Dkt. No. 115).

Presently, the parties are in the process of briefing claim construction and a motion for summary judgment, and those matters are scheduled for oral argument before Judge Chhabria on April 1, 2015.  The parties believe that Judge Chhabria's ruling concerning claim construction and summary judgment may resolve significant disagreements between the parties concerning material elements of the case.  Under the circumstances, and pursuant to Dkt. No. 115, the parties agree and jointly propose the following, subject to Court approval:

1. The settlement conference will remain adjourned until Judge Chhabria issues a ruling on claim construction and summary judgment, following the April 1 argument.
2. The parties will confer and contact Judge Westmore's chambers about the continuation of settlement discussions no later than thirty (30) days after Judge Chhabria issues a ruling on claim construction and summary judgment.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 13, 2015  /s/ Nicholas M. Nyemah
Nicholas M. Nyemah
*Attorney for Plaintiff Segan LLC*

DATED: February 13, 2015  /s/ Sarah E. Stahnke
Sarah E. Stahnke
*Attorney for Defendant Zynga, Inc.*

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Nicholas M. Nyemah, attest that concurrence in the filing of this document has been obtained.

DATED: February 13, 2015  /s/ Nicholas M. Nyemah
Nicholas M. Nyemah
*Attorney for Plaintiff Segan LLC*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/18/15  _____
Honorable Kandis A. Westmore
United States Magistrate Judge