1

2

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

4

SEGAN LLC,

Case No. 3:14-cv-01315-VC

5

Plaintiff,

**[PROPOSED] ORDER TO FILE UNDER**
**SEAL DOCUMENTS IN SUPPORT OF**
**SEGAN LLC'S MOTION TO AMEND**
**INFRINGEMENT CONTENTIONS**

6

v.

7

ZYNGA INC.,

8

Defendant.

9

10

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

11

Segan LLC may file under seal the following documents:

12

13

| Exhibit A to Segan's Motion to Amend Infringement Contentions, consisting of Segan's proposed amended infringement contentions |
| --- |
| Exhibit B to Segan's Motion to Amend Infringement Contentions, consisting of a claim chart (labeled as Exhibit G to the infringement contentions) |

14

15

16

17

18

Dated: February 20, 2015

19

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28

136789.00101/12482886v.1

**STIPULATED MOTION TO SEAL DOCUMENTS IN SUPPORT OF SEGAN LLC'S MOTION TO AMEND**
**INFRINGEMENT CONTENTIONS**