IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SEGAN LLC,

        Plaintiff,

v.

ZYNGA INC.,

        Defendant.

Case No. 3:14-cv-01315-VC

[PROPOSED] ORDER TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF SEGAN LLC'S MOTION TO AMEND INFRINGEMENT CONTENTIONS

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

Segan LLC may file under seal the following documents:

| | |
|---|---|
| 1 | Nyemah Declaration, Ex. A, consisting of Segan's proposed amended Infringement Contentions |
| 2 | Nyemah Declaration, Ex. B, consisting of an amended comparison claim chart for the original "Exhibit G – Farmville" |
| 3 | Nyemah Declaration, Ex. C, consisting of excerpts from the deposition transcript of Kyle Saugier taken on October 29, 2014 |
| 4 | Nyemah Declaration, Ex. D, consisting of a full copy of Segan's November 17, 2014 Infringement Contentions with exhibits |

Dated: February 20, 2015

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

136789.00101/12482890v.1

**STIPULATED MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF SEGAN LLC'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO AMEND INFRINGEMENT CONTENTIONS**