UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEGAN LLC,

          Plaintiff,

    v.

ZYNGA INC,

          Defendant.

Case No. 14-cv-01315-VC

**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO SEAL**

Re: Dkt. No. 141

Zynga has filed an administrative motion to seal in connection with its motion for summary judgment/claim construction brief. The motion is granted in part and denied in part.

Because Zynga has provided compelling reasons for sealing both Segan's infringement contentions and a claim chart that was submitted as an exhibit to Segan's infringement contentions, Exhibits 26 and 39 may be lodged under seal.

However, the motion to seal with respect to Zynga's summary judgment/claim construction brief and Exhibits 9-23 and 32 is denied. Segan failed to follow Local Rule 79-5(e) and provided no information as to why this information should be sealed. Accordingly, Zynga's summary judgment/claim construction brief and Exhibits 9-23 and 32 shall be filed publicly.

**IT IS SO ORDERED**.

Dated: February 20, 2015

_____
VINCE CHHABRIA
United States District Judge