BLANK ROME LLP
Naki Margolis, Esq. (SBN 94120)
NMargolis@Blankrome.com
601 Montgomery Street, Suite 2030
San Francisco, CA 94111
Phone: 415.986.2144
Facsimile: 415.986.4461

Victor M. Wigman, Esq.
Charles R. Wolfe, Jr. Esq.
Brian Wm. Higgins, Esq.
Nicholas M. Nyemah, Esq. (SBN 274550)
600 New Hampshire Avenue, N.W.
Washington, DC 20037
Phone: 202.772.5800

David A. Dorey, Esq.
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: 302.425.6400

Attorneys for Plaintiff,
SEGAN LLC

DURIE TANGRI LLP
Sonali D. Maitra (SBN 254896)
Sarah E. Stahnke (SBN 264838)
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415.362.6666
Facsimile: 415.236.6300

Attorneys for DEFENDANT
ZYNGA, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SEGAN LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZYNGA INC., <br><br> Defendant. | Case No. 3:14-cv-01315-VC <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER TO ALLOW PARTIES TO BRING EQUIPMENT INTO THE COURTROOM FOR PROCEEDINGS** <br><br> Date: March 25, 2015 <br> Time: 10:00 a.m. <br> Place: 4, 17th Floor <br> Judge: Honorable Vince Chhabria |

136789.00101/100015995v.1

1    Pursuant to Civil L.R. 7-11, Plaintiff Segan LLC ("Segan") and Defendant Zynga, Inc.
2 ("Zynga") hereby stipulate and respectfully move the Court to enter an Order to allow the Parties
3 and/or their respective counsel to bring technology and equipment into the courtroom for the March
4 25, 2015 technology tutorial before the Honorable Vince Chhabria.

5    The Parties request that the Court permit the parties to bring into the courtroom the following
6 technology and equipment:

7    <u>Segan</u>: Three laptop computers and two tablet (iPad) computers with accessories (mouse,
8 power cords, cables, wireless access, USB flash drives, and display adapters), one
9 laptop-connected/enabled projector with accessories (laser pointer/projector remote),
10 one Elmo document camera, one easel, and one screen.

11   <u>Zynga</u>: Two laptop computers with accessories (mouse, power cords, cables, wireless access,
12 USB flash drives, and display adapters), one laptop-connected/enabled projector with
13 accessories (laser pointer/projector remote), and one screen.

14

15   WHEREFORE, Segan and Zynga respectfully request that the Court enter an Order granting
16 the relief requested above.  A proposed Order is included herein.

17 SO STIPULATED:

18 DATED: March 13, 2015                    BLANK ROME LLP
19                                          By: */s/ Nicholas M. Nyemah*
20                                          NICHOLAS M. NYEMAH
                                            Attorney for Plaintiff
21                                          Segan LLC

22 DATED: March 13, 2015                    DURIE TANGRI LLP
                                            By: */s/ Sarah E. Stahnke*
23                                          SARAH E. STAHNKE
                                            Attorney for Defendant
24                                          Zynga, Inc.

25 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

26

27 Dated: March 16, 2015
                                            HONORABLE VINCE CHHABRIA
28                                          UNITED STATES DISTRICT COURT JUDGE

136789.00101/100015995v.1
**STIPULATED MOTION AND [PROPOSED] ORDER
TO ALLOW PARTIES TO BRING EQUIPMENT INTO THE COURTROOM FOR PROCEEDINGS**