IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SEGAN LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ZYNGA INC.,<br><br>　　　　　　　Defendant. | Case No. 3:14-cv-01315-VC<br><br>[~~PROPOSED~~] ORDER TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF SEGAN LLC'S INC.'S OPENING CLAIM CONSTRUCTION BRIEF AND OPPOSITION TO ZYNGA INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>Date:　　April 1, 2015<br>Time:　　10:00 a.m.<br>Place:　　4, 17th Floor<br>Judge:　　Honorable Vince Chhabria |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Segan LLC may file under seal the following:

| | |
|---|---|
| Pa 069 to Pa 119 | Plaintiff's Second Supplemental Disclosure of Asserted Claims and Infringement Contentions (December 11, 2014; approved as amendment by Court, January 30, 2015); |
| Pa 120 to Pa 147 | Exhibit G – FarmVille claim chart as part of Plaintiff's Second Supplemental Disclosure of Asserted Claims and Infringement Contentions (December 11, 2014; approved as amendment by Court, January 30, 2015) |
| Pa 205 to Pa 227 | Face sheet and excerpts from the deposition transcript of Mustafa Nafar dated December 18, 2014 |
| Pa 232 (one redaction) | Exhibit 49A from the deposition of Mustafa Nafar dated December 18, 2014 |
| Pa 239 | Exhibit 66 from the deposition of Mustafa Nafar dated December 18, 2014 |
| Pa 240 | Exhibit 73 from the deposition of Mustafa Nafar dated December 18, 2014 |
| Pa 252 to Pa 253 | Documents that Zynga produced in discovery (AEO) at ZYNGA00004577-78 |
| Pa 254 to Pa 286 | Face sheet and excerpts from the deposition transcript of Scott Schaefer, Ph.D. dated February 10, 2014 |
| Pa 297 to Pa 314a | Face sheet and excerpts from the deposition transcript of Kyle Saugier dated October 29, 2014 |

136789.00101/36433870v.1
**STIPULATED MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF SEGAN LLC'S OPENING CLAIM CONSTRUCTION BRIEF AND IN OPPOSITION TO ZYNGA INC.'S MOTION FOR SUMMARY JUDGMENT**

| Pa 315 to Pa 332b | Face sheet and excerpts from the deposition transcript of Mark Kim dated October 28, 2014 |
|---|---|
| Pa 333 to Pa 349 | Face sheet and excerpts from the deposition transcript of Edward LeBreton dated December 16, 2014 |
| Pa 372 (one redaction) | Declaration of Jose P. Zagal, Ph.D. |

Segan may also file its Brief as redacted.

Dated: April 3, 2015

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

136789.00101/36433870v.1
**STIPULATED MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF SEGAN LLC'S OPENING CLAIM CONSTRUCTION BRIEF AND IN OPPOSITION TO ZYNGA INC.'S MOTION FOR SUMMARY JUDGMENT**