# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SEGAN LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>ZYNGA INC.,<br><br>             Defendant. | Case No. 3:14-cv-01315-VC<br><br>[~~PROPOSED~~] ORDER TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF SEGAN LLC'S INC.'S OPENING CLAIM CONSTRUCTION BRIEF AND OPPOSITION TO ZYNGA INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>Date:   April 1, 2015<br>Time:  10:00 a.m.<br>Place:  4, 17th Floor<br>Judge:  Honorable Vince Chhabria |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Court, having determined there is good cause to seal documents pursuant to the parties' stipulated protective order, hereby orders that Segan LLC may file under seal the following:

| |
|---|
| The expert declaration of Jose Zagal, PhD; |
| Plaintiff's Second Supplemental Disclosure of Asserted Claims and Infringement Contentions (December 11, 2014; approved as amendment by Court, January 30, 2015); |
| Exhibit G – FarmVille claim chart as part of Plaintiff's Second Supplemental Disclosure of Asserted Claims and Infringement Contentions (December 11, 2014; approved as amendment by Court, January 30, 2015); |
| Face sheet and excerpts from the deposition transcript of Kyle Saugier dated October 29, 2014; |
| Face sheet and excerpts from the deposition transcript of Mark Kim dated October 28, 2014; |
| Excerpts from Segan's Amended IC claim chart for Adventure World (Jan. 9, 2015; approved as amendment by Court, January 30, 2015); |
| Excerpts from Segan's Amended IC claim chart for Pioneer Trail (Jan. 9, 2015; approved as amendment by Court, January 30, 2015). |
| A table containing all citations presented in Zynga's "Exhibit A" (Dkt. No. 163-2) |

Segan may also file its Brief as redacted.

Dated: April 3, 2015

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

136789.00101/100004649v.2
**STIPULATED MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF SEGAN LLC'S BRIEF IN OPPOSITION TO ZYNGA INC.'S MOTION TO STRIKE INFRINGEMENT CONTENTIONS**