UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEGAN LLC,

        Plaintiff,

   v.

ZYNGA INC,

        Defendant.

14-cv-01315-VC

**JUDGMENT**

The Court, having granted summary judgment for Zynga, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 7, 2015

_____

VINCE CHHABRIA  
United States District Judge