DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
SARAH E. STAHNKE (SBN 264838)
sstahnke@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
ZYNGA INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEGAN LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>ZYNGA INC.,<br><br>                    Defendant. | Case No. 3:14-cv-01315-VC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT ZYNGA INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Date:     April 1, 2015<br>Time:    10:00 a.m.<br>Ctrm:    4, 17th Floor<br>Judge:   Honorable Vince Chhabria |

As set forth in Defendant Zynga Inc. ("Zynga") Administrative Motion to File Under Seal, Zynga lodged with the Court the documents listed below.

IT IS HEREBY ORDERED THAT the Motion to Seal is GRANTED as follows:

1. Zynga may file under seal the following documents:

| Document | Portions |
| --- | --- |
| Portions of Zynga's Notice of Motion and Motion to Strike Plaintiff Segan LLC's Infringement Contentions | Zynga confidential portions on the following pages: 11-12 |
| Exhibits S and T to the Declaration of Sonali D. Maitra filed in support of Zynga's Motion to Strike Plaintiff Segan LLC's Infringement Contentions | Entire Documents (Zynga confidential) |

2. No persons other than the Court and counsel of record are authorized to inspect the above-listed record filed under seal.

IT IS SO ORDERED.

Dated: April 8, 2015

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on February 25, 2015 with a copy of this document via the Court's CM/ECF system.

*/s/ Sonali D. Maitra*
SONALI D. MAITRA
