IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SEGAN LLC,

     Plaintiff,

 v.

ZYNGA INC.,

     Defendant.

Case No. 3:14-cv-01315-VC

[~~PROPOSED~~] ORDER TO SEAL PORTIONS OF HEARING TRANSCRIPT

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Court, having determined there is good cause to seal information, hereby orders that the following be sealed:

> Transcript of Claims Construction / Markman Hearing and Motion Hearing held on April 1, 2015: p.62, ll.9-14.

Dated: April 15, 2015

               HONORABLE VINCE CHHABRIA
               UNITED STATES DISTRICT COURT JUDGE