BLANK ROME LLP
Naki Margolis, Esq. (SBN 94120)
601 Montgomery Street, Suite 2030
San Francisco, CA 94111
Phone:  415-986-2144

Victor M. Wigman, Esq.
Charles R. Wolfe, Jr. Esq.
Brian Wm. Higgins, Esq.
Nicholas M. Nyemah, Esq. (SBN 274550)
600 New Hampshire Avenue, N.W.
Washington, DC  20037
Phone:  202-772-5800

David A. Dorey, Esq.
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone:  302-425-6400

Attorneys for PLAINTIFF,
SEGAN LLC

DURIE TANGRI LLP
Sonali D. Maitra, Esq. (SBN 254896)
Sarah E. Stahnke, Esq. (SBN 264838)
217 Leidesdorff Street
San Francisco, CA 94111
Phone: 415-362-6666

Attorneys for DEFENDANT
ZYNGA, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SEGAN LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZYNGA INC.<br><br>　　　　　Defendant. | Case No. 3:14-cv-01315-VC<br><br>**JOINT STIPULATION FOR BRIEFING SCHEDULE**<br>AND ORDER AS MODIFIED<br>Ctrm:  4, 17th Floor<br><br>Judge:  Hon. Vince Chhabria |

With respect to two motions that Defendant Zynga, Inc. ("Zynga") filed on Tuesday, April 21, 2015 (namely a Motion for Attorneys' Fees (ECF No. 191) and a Motion for Sanctions (ECF No. 195)), both of which are scheduled to be heard by the Court on Thursday, June 11, 2015, and at the request of Plaintiff, Segan, LLC, and with the consent of Zynga, the parties hereby stipulate and agree, subject to the Court's approval, that the briefing deadlines for said motions shall be revised as follows:

1. Segan will file its answering brief and any supporting papers to respond to both Zynga's Motion for Attorneys' Fees (ECF No. 191) and Zynga's Motion for Sanctions (ECF No. 195) no later than Wednesday, May 13, 2015;
2. Zynga will file its reply briefs on both motions no later than May 27, 2015.
3. The hearing re Motion for Attorneys' Fees and Motion for Sanctions will be June 18, 2015.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED: April 28, 2015          /s/ David A. Dorey
                               David A. Dorey
                               *Attorney for Plaintiff Segan LLC*

DATED: April 28, 2015          /s/ Sarah E. Stahnke
                               Sarah E. Stahnke
                               *Attorney for Defendant Zynga, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 30, 2015          _____
                               Hon. Vince Chhabria
                               United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria