BLANK ROME LLP
Naki Margolis, Esq. (SBN 94120)
601 Montgomery Street, Suite 2030
San Francisco, CA 94111
Phone:  415-986-2144

Victor M. Wigman, Esq.
Charles R. Wolfe, Jr. Esq.
Brian Wm. Higgins, Esq.
Nicholas M. Nyemah, Esq. (SBN 274550)
600 New Hampshire Avenue, N.W.
Washington, DC  20037
Phone:  202-772-5800

David A. Dorey, Esq.
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone:  302-425-6400

Attorneys for PLAINTIFF,
SEGAN LLC

DURIE TANGRI LLP
Sonali D. Maitra, Esq. (SBN 254896)
Sarah E. Stahnke, Esq. (SBN 264838)
217 Leidesdorff Street
San Francisco, CA 94111
Phone:  415-362-6666

Attorneys for DEFENDANT
ZYNGA, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SEGAN LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>ZYNGA INC.<br><br>             Defendant. | Case No. 3:14-cv-01315-VC<br><br>**JOINT STIPULATION FOR EXTENSION TO FILE OBJECTIONS TO BILL OF COSTS**<br> AND ORDER<br>Ctrm:  4, 17th Floor<br><br>Judge:  Hon. Vince Chhabria |

With respect to the Bill of Costs that Defendant Zynga, Inc. ("Zynga") filed on Tuesday, April 21, 2015 (ECF No. 193), due to the time required for plaintiff's counsel to review and analyze the Bill of Costs and the vacation/trial schedules of defense counsel, Plaintiff Segan, LLC ("Segan") and Zynga require additional time to fulfill the local rule requirement that they confer regarding Segan's proposed objections to Zynga's bill of costs (in advance of filing). As a result, the parties hereby stipulate and agree, subject to the Court's approval, to extend Segan's time for filing objections to Zynga's Bill of Costs from Tuesday, May 5, 2015, to Wednesday, May 13, 2015.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED: May 4, 2015        /s/ David A. Dorey
                          David A. Dorey
                          *Attorney for Plaintiff Segan LLC*

DATED: May 4, 2015        /s/ Sarah E. Stahnke
                          Sarah E. Stahnke
                          *Attorney for Defendant Zynga, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 4, 2015        _____
                          Hon. Vince Chhabria
                          United States District Court Judge