UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEGAN LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>ZYNGA INC,<br><br>            Defendant. | Case No. 14-cv-01315-VC<br><br>**ORDER RE IN CAMERA REVIEW DOCUMENTS**<br><br>Re: Dkt. No. 211 |

Segan has filed a motion for in camera review. Segan is ordered to lodge the relevant documents with the Court so that the Court will have access to them if it grants Segan's motion.

**IT IS SO ORDERED.**

Dated: May 21, 2015

_____
VINCE CHHABRIA
United States District Judge