DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
SARAH E. STAHNKE (SBN 264838)
sstahnke@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for Defendant
ZYNGA INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEGAN LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>ZYNGA INC.,<br><br>              Defendant. | Case No. 3:14-cv-01315-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT ZYNGA INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:   June 11, 2015<br>Time:   10:00 a.m.<br>Ctrm:   4, 17th Floor<br>Judge:  Honorable Vince Chhabria |

As set forth in Defendant Zynga Inc.'s ("Zynga") Administrative Motion to File Under Seal, Zynga lodged with the Court the documents listed below.

IT IS HEREBY ORDERED THAT the Motion to Seal is GRANTED as follows:

1.  Zynga may file under seal the following documents:

| Document | Portions |
| --- | --- |
| Portions of Zynga's Notice of Motion and Motion for Sanctions | Segan confidential portions on the following pages: 2-3 and 15 |
| Exhibits 3-5, 7, and 20 to the Declaration of Sarah E. Stahnke filed in support of Zynga's Motion for Sanctions | Entire Documents (Segan confidential) |

2.  No persons other than the Court and counsel of record are authorized to inspect the above-listed record filed under seal.

IT IS SO ORDERED.

Dated: June 3, 2015

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on April 21, 2015 with a copy of this document via the Court's CM/ECF system.

*/s/ Sonali D. Maitra*
SONALI D. MAITRA