IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SEGAN LLC,

                Plaintiff,

v.

ZYNGA INC.,

                Defendant.

Case No. 3:14-cv-01315-VC

[~~PROPOSED~~] **ORDER GRANTING STIPULATED MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF SEGAN'S BRIEFS IN OPPOSITION TO MOTIONS FOR SANCTIONS AND ATTORNEYS' FEES**

This matter came before the Court on the Parties' Stipulated Motion to File Under Seal Documents in Support of Segan's Briefs in Opposition to Motions for Sanctions and Attorneys' Fees. The Court having duly considered the matter, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

Segan LLC may file under seal the following documents:

| | |
|---|---|
| 1 | Dorey Sanctions Declaration, Ex. A, consisting of excerpts of the November 13, 2014 deposition transcript of Marc Segan. |
| 2 | Dorey Sanctions Declaration, Ex. E, consisting of Segan's Second Supplemental Patent L.R. 3-1 Infringement Contentions and claim charts, authorized by Court Order dated January 30, 2015. |
| 3 | Dorey Fees Declaration, Ex. A, consisting of excerpts of the deposition of Segan's expert witness Jose P. Zagal, Ph.D. |
| 4 | Dorey Fees Declaration, Ex. E, consisting of excerpts of the deposition of Segan's expert witness Scott Schaefer, Ph.D. |

Dated:   June 3  , 2015

                HONORABLE VINCE CHHABRIA
                UNITED STATES DISTRICT COURT JUDGE

1

136789.00101/100331242v.1

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF SEGAN'S BRIEFS IN OPPOSITION TO MOTIONS FOR SANCTIONS AND ATTORNEYS' FEES