UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEGAN LLC,<br><br>            Plaintiff,<br><br>       v.<br><br>ZYNGA INC,<br><br>            Defendant. | Case No.  14-cv-01315-VC<br><br>**ORDER DENYING MOTION FOR IN CAMERA REVIEW**<br><br>Dkt. No: 211 |

Segan's motion for in camera review is denied.  Segan may use privileged attorney work product or attorney-client communications to oppose Zynga's motion for Rule 11 sanctions, but it cannot do so without waiving the privilege with respect to that material and all related material.

The parties are ordered to appear at a telephonic case management conference on Tuesday, June 9 at 11 a.m.  Segan should provide the Court and opposing counsel a telephone conference line by no later than Monday, June 8 at noon.

At the case management conference Segan should be prepared to inform the Court whether it plans to use privileged information and thus waive the privilege, or whether it plans to oppose Zynga's motion without relying on privileged information.  If the latter, it should be prepared to file a new opposition brief that omits any reference to privileged information.

**IT IS SO ORDERED.**

Dated: June 5, 2015

_____
VINCE CHHABRIA
United States District Judge