UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Segan LLC

            Plaintiff(s),

v.

Zynga Inc.

           Defendant(s).

Case No: 3:14-cv-01315-VC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

I, Paul Mark Honigberg, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Segan LLC in the above-entitled action. My local co-counsel in this case is Naki Margolis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 600 New Hampshire Ave., N.W., Suite 1200 Washington, D.C. 20037 | 555 California St., Suite 4925 San Francisco, CA 94101 |
| MY TELEPHONE # OF RECORD: (202) 772-5955 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 986-2144 |
| MY EMAIL ADDRESS OF RECORD: Honigberg@blankrome.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: nmargolis@blankrome.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 342576.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/21/15

/s/ Paul Mark Honigberg
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Paul Mark Honigberg is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 8, 2015

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**PAUL M. HONIGBERG**

was, on the __3rd__ day of __March__ A.D. __1981__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __21st__ day of __May__ A.D. 2015.



ANGELA D. CAESAR, CLERK

By: _Michael Darby_
Public Operations Administrator