UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEGAN LLC,

        Plaintiff,

    v.

ZYNGA INC,

        Defendant.

Case No. 14-cv-01315-VC

**ORDER RE WAIVER**

Re: Dkt. No. 229

Based on the materials submitted to the Court and the exhibits attached to Segan's opposition to Zynga's motions for attorney fees and Rule 11 sanctions, it appears Segan's subject matter waiver of the attorney work-product protection is limited to materials related to Segan's infringement investigation of Zynga games before Segan accused those games of infringement. Moreover, it does not appear that examination of post-accusation attorney work product (or of any attorney-client communications) will be necessary to adjudicate Zynga's motions. Accordingly, Zynga's discovery motion is denied. Denial is without prejudice to renewing the discovery motion at the hearing on Zynga's fee motions, if it becomes apparent that Segan's waiver was actually broader in scope.

**IT IS SO ORDERED.**

Dated: June 25, 2015

_____

VINCE CHHABRIA
United States District Judge