UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEGAN LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ZYNGA INC,<br><br>    Defendant. | Case No. 14-cv-01315-VC<br><br>**ORDER RE: MOTION TO SEAL**<br><br>Docket No. 238 |

Segan's motion to seal the courtroom (Dkt. No. 238) is denied without prejudice to discussing, at the hearing, whether it would be appropriate to seal the courtroom towards the end of the hearing for a discussion of the attorney work product. (However, the Court is preliminarily of the view that the courtroom should not be sealed even for that limited purpose.)

**IT IS SO ORDERED.**

Dated: August 25, 2015

_____
VINCE CHHABRIA
United States District Judge