UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEGAN LLC,

        Plaintiff,

    v.

ZYNGA INC,

        Defendant.

Case No. 14-cv-01315-VC

**ORDER DENYING MOTIONS TO SEAL**

Re: Dkt. No. 207, 232, 235

    Segan seeks to seal its attorney work product related to its pre-filing investigations, but it waived the attorney work product privilege to oppose Zynga's motions for sanctions. Therefore, for the reasons discussed with Segan's counsel at the hearing on Zynga's motion for attorneys' fees and motion for sanctions, the motions to seal this information (Dkt Nos. 207, 232, and 235) are denied. The parties must file unredacted versions of these documents within seven days.

**IT IS SO ORDERED.**

Dated: September 10, 2015

VINCE CHHABRIA
United States District Judge